**Michael PICKENS, Appellant,**

**v.**

**T. CODY, Ms., CO–II, East Arkansas Regional Unit, ADC; Green, Ms., CO, East Arkansas Regional Unit, ADC; Moses Jackson, Captain, East Arkansas Regional Unit, ADC; Greg Harmon, Warden, East Arkansas Regional Unit, ADC; James Gipson, Disciplinary Hearing Administrator, Arkansas Department of Correction; Larry Norris, Director, Arkansas Department of Correction, Appellees.**

---

1. The Honorable Gary A. Fenner, United States District Judge for the Western District of Missouri.

No. 08–2562.

United States Court of Appeals,
Eighth Circuit.

Submitted: Aug. 21, 2009.

Filed: Aug. 28, 2009.

Michael Pickens, Arkansas Department of Correction, Pine Bluff, AR, for Appellant.

Before MURPHY, COLLOTON, and SHEPHERD, Circuit Judges.

PER CURIAM.

Michael Pickens appeals the district court's[1] preservice dismissal with prejudice of his 42 U.S.C. § 1983 action. Upon de novo review, *see Cooper v. Schriro,* 189 F.3d 781, 783 (8th Cir.1999) (per curiam), we conclude that the dismissal was proper for the reasons provided below. Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

1. The Honorable James M. Moody, United States District Judge for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable J. Thomas Ray, United States Magistrate Judge for the Eastern District of Arkansas.